NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSTON SCIENTIFIC CORPORATION** AND
**BOSTON SCIENTIFIC SCIMED, INC.,**
*Plaintiffs-Appellees,*

**v.**

**CORDIS CORPORATION,**
*Defendant-Appellant.*

---

2012-1316

---

Appeal from the United States District Court for the District of Delaware in No. 10-CV-0315, Judge Sue L. Robinson.

---

**JUDGMENT**

---

YOUNG J. PARK, Fish & Richardson, P.C., of New York, New York, argued for plaintiffs-appellees.

GREGORY L. DISKANT, Patterson Belknap Webb & Tyler, LLP, of New York, New York, argued for defendant-appellant. With him on the brief was EUGENE M. GELERNTER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PROST, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 12, 2013      /s/ Jan Horbaly
Date            Jan Horbaly
           Clerk